IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUTOMOTIVE FINANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.:  1:06-cv-0596 SEB-VSS |
| v. | ) |
| | ) |
| ASAG, LLC d/b/a GLOBAL SUV & | ) |
| TRUCK CENTER, and ISSA L. SALTO, | ) |
| | ) |
| Defendants. | ) |

### DEFAULT JUDGMENT ENTRY

Comes now the Plaintiff, Automotive Finance Corporation ("AFC"), by counsel, and it appearing to the satisfaction of the Court by the Summonses issued herein that Defendants ASAG, LLC d/b/a Global SUV & Truck Center ("Global") and Issa L. Salto ("Salto") have been duly served with process;

And the Court, having acquired personal and subject matter jurisdiction over the parties and the issues herein contained, pursuant to Plaintiff's Complaint filed and the Summonses issued herein;

This cause is now submitted to the Court for findings, and the Court, being duly advised in the premises, now finds for AFC and against Defendants Global and Salto.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED by the Court that:

1. Plaintiff, Automotive Finance Corporation, is entitled to judgment under Counts I and II of its Complaint in its favor and against Global and Salto in the principal sum of $76,625.36; interest to and including November 16, 2006 of $13,181.03; interest to the date of judgment at the rate of $34.06 per day; and miscellaneous vehicle costs of $62,421.67; and

post-judgment interest at the statutory rate provided by law; plus attorneys' fees in the sum of $2,846.22, as set forth in Exhibit B; and post-judgment interest at the statutory rate provided by law.

2.  Plaintiff is entitled to judgment in its favor and against Global and Salto under Count III of its Complaint, Victims of Crime: Deception and Fraud, in the amount of $238,741.50 and under Count IV, Victims of Crime: Check Deception, of its Complaint in the amount of $111,705.51.

3.  Plaintiff is entitled to total judgment under Counts I-IV of its Complaint against Defendants in the amount of $504,681.29, and post-judgment interest at the statutory rate provided by law.

4.  There is no just reason for delay, and Automotive Finance Corporation is entitled to judgment as a matter of law.

5.  The Clerk of this Court is hereby ordered to enter this judgment in the judgment docket.

DATED: 11/22/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

734023/9015-225

2

3

Distribution:

David J. Jurkiewicz
BOSE McKINNEY & EVANS LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, Indiana  46204

ASAG, LLC
d/b/a Global SUV And Truck Center
c/o Issa L. Salto, Registered Agent
8217 Palmerson Drive
Antelope, California  95843

Issa L. Salto
8217 Palmerson Drive
Antelope, California  95843